# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| DANA D. JACKSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JUDGE MAXINE WHITE, et al,<br><br>　　　　　Defendants. | Civil No. 19-2332 (JRT/KMM)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

　　　　Dana D Jackson, General Delivery, Minneapolis, MN 55440, *pro se* plaintiff.

　　　　The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Katherine Menendez dated December 16, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

　　　　Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Complaint is **DISMISSED** without prejudice for lack of personal jurisdiction over Defendants.

2. The Complaint not be transferred to another District pursuant to 28 U.S.C. § 1631.

3. Ms. Jackson's Motion to Request Service on All Defendants, ECF No. 5, and Motion to Request Service on All Defendants, ECF No. 6, are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 31, 2020          s/John R. Tunheim
at Minneapolis, Minnesota        JOHN R. TUNHEIM
                                 Chief Judge
                                 United States District Court